```
1  MCGREGOR W. SCOTT
   United States Attorney
2  MATTHEW D. SEGAL
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2708
```



FILED

APR 28 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. MAG 05-114 DAD |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER TO EXTEND TIME FOR PRELIMINARY EXAMINATION AND EXCLUDE TIME |
| JOSE A. ZAMORA, ) | |
| Defendant. ) | |

The parties agree that time beginning May 5, 2005 and extending through June 6, 2005 should be excluded from the calculation of time under the Speedy Trial Act. Further, the Defendant consents to an extension of the time for preliminary examination until June 6, 2005. Fed. R. Crim. P. 5.1(d). The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). In particular, the time is required so that the government and defense may evaluate the evidence in this case and possibly reach a pre-indictment disposition. The parties stipulate that this interest of justice outweighs the interest of the public and the

defendant in a speedy filing of an indictment or information, 18 U.S.C. §§ 3161(b), (h)(8)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases. Fed. R. Crim. P. 5.1(d).

The parties further request that this matter be taken off calendar until June 6, 2005, or such time as either party may request a hearing for a purpose other than preliminary examination.

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

DATE: April 25, 2005      By:   /s/ Matt Segal
                                MATTHEW D. SEGAL
                                Assistant U.S. Attorney

                                /s/ Dennis S. Waks
DATE: April 26, 2005
                                Dennis S. Waks
                                Assistant Federal Defender

                                /s/ Dennis S. Waks
DATE: April 26, 2005
                                JOSE A. ZAMORA
                                Defendant

SO ORDERED.

_____
HON. DALE A. DROZD
U.S. Magistrate Judge

2